IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANDREW S. BEERS and KATHERINE )
WHITE, individually and on )
behalf of all others similarly )
situated, )
)
          Plaintiffs, )
)
  v. )      1:23CV367
)
TERRY S. JOHNSON, in his )
official capacity as SHERIFF OF )
ALAMANCE COUNTY, NORTH CAROLINA,)
)
          Defendant. )

## ORDER

The Memorandum Opinion and Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on June 6, 2024, was served on the parties in this action. No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion for Collective and Class Certification (Doc. 21) is GRANTED, with modifications to the class definition, in that:

    1. Plaintiffs' claim under the Fair Labor Standards Act ("FLSA") is conditionally certified as a collective action under 29 U.S.C. § 216(b), and the conditionally

certified FLSA class is identified as "all current and former Detention Officers and Corporals who worked pursuant to the 'Alamance County Sheriff's Office 12 Hour Employee Schedule – Permanent' schedule during the time period May 5, 2020 through present;"

2. Plaintiffs' claim for breach of contract under North Carolina law is certified as a class action pursuant to Federal Rule of Civil Procedure 23(b)(3), and the certified class is defined as "all current and former Detention Officers Detention Officers and Corporals who worked pursuant to the 'Alamance County Sheriff's Office 12 Hour Employee Schedule – Permanent' schedule during the time period May 5, 2021 through present;" and

3. The court appoints Philip J. Gibbons, Jr., and Corey M. Stanton of Gibbons Law Group, PLLC as Class Counsel.

IT IS FURTHER ORDERED that the parties confer and submit to the court a Joint Status Report, within thirty (30) days, regarding their efforts to agree on a class notification plan, including an appropriate notice form, consent form, manner of distribution, and opt-in deadline.

                                              /s/   Thomas D. Schroeder
                                              United States District Judge

June 25, 2024