IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

ANDREW S. BEERS and KATHERINE )
WHITE, individually and on behalf )
of all others similarly situated )
)
        Plaintiffs, )
)
    v. )     1:23CV367
)
TERRY S. JOHNSON, in his official )
capacity as SHERIFF OF ALAMANCE )
COUNTY, NORTH CAROLINA, )
)
        Defendant. )

## ORDER

On January 21, 2025, the Memorandum Opinion and Recommendation of the United States Magistrate Judge was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). No objections were filed within the time limits prescribed by section 636.

The court has reviewed and hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment (Doc. 33) is DENIED.

                                     /s/   Thomas D. Schroeder
                                  United States District Judge

February 6, 2025