UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:23-cv-00367

| | |
|---|---|
| ANDREW S. BEERS and KATHERINE WHITE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TERRY S. JOHNSON, in his official capacity as SHERIFF OF ALAMANCE COUNTY, NORTH CAROLINA,<br><br>Defendant. | **NOTICE OF SETTLEMENT** |

COME NOW, Plaintiffs Andrew S. Beers and Katherine White, individually and on behalf of all other similar situated ("Plaintiffs") and Defendant Terry S. Johnson, in his official capacity as Sheriff of Alamance County, North Carolina ("Defendant"), by and through undersigned counsel, and state as follows:

Plaintiffs and Defendant, through counsel, hereby inform the Court that the parties have reached an agreement that resolves all issues in this case. Plaintiffs and Defendant are currently in the process of effectuating settlement and release documentation and will file the required stipulation for dismissal with prejudice once that can be accomplished.

The parties request that additional time beyond the standard 30 days be given because Rule 23 preliminary approval, distribution of class and collective action notices, final settlement approval, and a fairness hearing are necessary to effectuate settlement in this matter.

The parties also request that the status conference currently scheduled for Wednesday, April 23, 2025, be canceled in light of this settlement.

Respectfully submitted, this 21st day of April, 2025.

| | |
|---|---|
| s/ *Corey M. Stanton* | s/ *Kayla N. McDaniel* |
| Philip J. Gibbons, Jr., NCSB #50276 | Patrick H. Flanagan, NC Bar #17407 |
| Corey M. Stanton, NCSB #56255 | Kayla N. McDaniel, NC Bar #57995 |
| **GIBBONS LAW GROUP, PLLC** | **CRANFILL SUMNER LLP** |
| 14045 Ballantyne Corporate Place, Ste. 325 | P.O. Box 30787 |
| Charlotte, North Carolina | Charlotte, NC 28230 |
| Telephone: (704) 612-0038 | Telephone: (704) 332-8300 |
| phil@gibbonslg.com | phf@cshlaw.com |
| corey@gibbonslg.com | kmcdaniel@cshlaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

This is to certify that on April 21, 2025, a copy of the foregoing has been filed with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

        By:    /s/ *Kayla N. McDaniel*
                    Patrick H. Flanagan, NC Bar #17407
                    Kayla N. McDaniel, NC Bar #57995
                    P.O. Box 30787
                    Charlotte, NC 28230
                    Telephone: (704) 332-8300
                    Facsimile: (704)332-9994
                    kmcdaniel@cshlaw.com
                    phf@cshlaw.com
                    *Attorneys for Defendant*