IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ANDREW S. BEERS, *individually and on behalf of all others similarly situated*, and KATHERINE WHITE, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiffs,<br><br>v.<br><br>TERRY S. JOHNSON, *in his official capacity as Sheriff of Alamance County, North Carolina*,<br><br>    Defendant. | 1:23CV367 |

## **JUDGMENT**

For the reasons set out in the Memorandum Order entered contemporaneously with this Judgment,

IT IS THEREFORE ORDERED and ADJUDGED that Plaintiffs' unopposed motion for final approval of the class action and collective action settlement (Doc. 62) is GRANTED; Plaintiffs' unopposed motion for attorneys' fees and costs as well as approval of the service awards (Doc. 64) is GRANTED; the settlement of this action is APPROVED and the Agreement may be consummated; the above-captioned case is DISMISSED WITH PREJUDICE; and the court will retain jurisdiction for the sole purpose of interpreting and enforcing the settlement.

```
                                   /s/   Thomas D. Schroeder
                              United States District Judge
```

January 16, 2026